UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KELEE KROHN,**

Plaintiff,

Civil No.**08-12180**
Hon. John Feikens

v.

**LENAWEE COUNTY, et al**

Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on

**06/11/2009**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is ADOPTED and entered as the findings and

conclusions of this court.

**s/John Feikens**_____
John Feikens
United States District Judge

Dated: June 30, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 30, 2009.

s/Carol Cohron
Deputy Clerk